FILED

2018 MAY 21 PM 2: 51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| | ) | |
| Plaintiff, | ) | JUDGE GWIN |
| | ) | |
| v. | ) | CASE NO. 1 : 18 CR 242 |
| | ) | Title 13, United States Code, |
| MICHAEL SHEEHAN, | ) | Section 305(a)(1) and |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Section 1001(a) |

## COUNT 1
**(Submitting False or Misleading Information, 13 U.S.C. § 305(a)(1))**

The United States Attorney charges:

On or about June 5, 2014, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, **MICHAEL SHEEHAN**, did knowingly submit false or misleading export information through the United States Department of Commerce, via the Automated Export System (AES), in that the defendant, stated and represented in shipping records filed in the AES relating to the shipment of Foxboro Diaphragm Meters, that the Foxboro Diaphragm Meters had a value of $17,700, when the defendant there and then knew that these statements were false, and that the value of the Foxboro Diaphragm Meters was actually approximately $57,750, all in violation of Title 13, United States Code, Section 305(a)(1).

## COUNT 2
**(Making False Statements, 18 U.S.C. § 1001(a)(2))**

The United States Attorney further charges:

On or about September 28, 2016, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant, **MICHAEL SHEEHAN**, in a matter within the jurisdiction of the executive branch of the United States Government, that is, the Department of Homeland

Security, Immigration and Customs Enforcement, and the United States Department of Commerce, Bureau of Industry and Security (BIS) did knowingly and willfully make and cause to be made materially false, fictitious and fraudulent statements and representations, in that the defendant, stated and represented to a BIS agent during an interview that defendant did not have any involvement with the shipment of Masoneilan valves designated "AV-51" after that shipment was detained by United States Customs and Border Protection (CBP), when in fact defendant did have involvement with this shipment after it was detained by United States CBP and knew the same, all in violation of Title 18, United States Code, Section 1001(a).

JUSTIN E. HERDMAN
United States Attorney

By: _____
MATTHEW W. SHEPHERD
Chief, National Security Unit

2