IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR242 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL SHEEHAN, | ) | MOTION TO CONTINUE SENTENCING |
| | ) | HEARING |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Michelle M. Baeppler, Assistant United States Attorney, and hereby moves this Court to continue the Sentencing Hearing currently scheduled for September 13, 2018. The reason for this request is to allow the defendant to complete the terms of his plea agreement.

For the reasons articulated above, the United States respectfully requests the sentencing hearing for the defendant be continued.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By:  /s/ Michelle M. Baeppler
Michelle M. Baeppler (OH: 0065378)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3995
(216) 685-2378 (facsimile)
Michelle.Baeppler@usdoj.gov

2

CERTIFICATE OF SERVICE

    I hereby certify that on this 30th day of August 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

    /s/ Michelle M. Baeppler
    Michelle M. Baeppler
    Assistant U.S. Attorney